**Order entered September 27, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00961-CV

## IN THE INTEREST OF P.H., ET AL, CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-633-X**

## ORDER

Because this is an appeal in a "child protection case," the appellate record was due August 15, 2016. *See* TEX. R. APP. P. 28.4(a), 35.1(b). The clerk's record has been filed; the reporter's record has not. Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter of the 305th Judicial District Court, to file the reporter's record no later than October 7, 2016. No extensions will be granted absent exigent circumstances. *See id.* 28.4(b)(1).

We also **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than October 7, 2016, a supplemental clerk's record containing a copy of the order appointing appellant appellate counsel.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; Ms. Pitre; and, the parties.

/s/     CRAIG STODDART
        JUSTICE